**Schwenger-Klein Company, appellee, v. The Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 24,431.**

Action to recover damages for failure to deliver freight. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

Glennon, Cary & Walker, for appellant; C. A. Reinwald and J. L. Walker, of counsel. George M. Stephen, A. W. Martin and Edward H. S. Martin, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**James J. Geary, appellee, v. Lizzie Hisgen and Frank Hisgen, on appeal of Frank Hisgen, appellant. Gen. No. 24,499.**

Action to recover for negligent killing of horse. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed June 10, 1919.

Shelley B. Neltnor and Einar C. Howard, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**George H. Foster, administrator of the estate of Stephen Nykaza, deceased, plaintiff in error, v. Chicago Railways Company and Chicago City Railway Company, trading as Chicago Surface Lines, defendants in error. Gen. No. 24,501.**

Action to recover for wrongful death as result of being struck by street car. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

Samuel J. Shaeffer, for plaintiff in error; George H. Foster, of counsel. Robert J. Slater and Ralph G. Crandall, for defendants in error; J. R. Guilliams and Frank L. Kriete, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Chicago Auto Sales Company, appellee, v. H. J. Peters Company, appellant. Gen. No. 24,505.**

Action to recover on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919. Rehearing denied June 20, 1919.

Adelor J. Petit, for appellant; Douglas C. Gregg, of counsel. Marshall E. Gallion, for appellee.

Mr. Justice Matchett delivered the opinion of the court.